## Martin HUNTER v. COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.
May 11, 1951.

G. C. Allen, Jackson, for movant.

J. Douglas Graham, Commonwealth's Atty., Campton, A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Breathitt Circuit Court. Judgment of conviction for having in possession intoxicating liquors for sale in local option territory. $100 fine and 60 days in jail.

Appeal denied.

Judgment affirmed.